IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | No. 08-659 |
| TERRANCE CHATMAN | : | |

## **ORDER**

AND NOW, this 15th day of October, 2010, it is ORDERED Defendant Terrance Chatman's Motion to Suppress Evidence (Document 26) is DENIED.

BY THE COURT:

    /s/ Juan R. Sánchez
Juan R. Sánchez, J.