IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 08-659 |
|  | : |  |
| v. | : | CIVIL ACTION NO. 13-6702 |
|  | : |  |
| TERRANCE CHATMAN | : |  |

**<u>ORDER</u>**

AND NOW, this 23rd day of December, 2015, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant Terrance Chatman's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Document 91) is DENIED. Because Chatman has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue.

It is further ORDERED Chatman's pro se Motion for Appointment of Counsel (Document 90) is DENIED.

The Clerk of Court is DIRECTED to mark both of the above-captioned cases CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.