IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : NO. 08-659 |
| TERRANCE CHATMAN | : |

# **ORDER**

AND NOW, this 16th day of February, 2022, it is hereby ORDERED that Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582 (c)(1)(A)(i) (ECF No. 103) is DENIED.

BY THE COURT:

/s/ Juan R. Sámchez
_____
Juan R. Sánchez,      C.J.